40 So.3d 788 (2010)
Vera GILFORD, Appellant,
v.
Alessandro BARTOLINI, Appellee.
No. 3D10-410.
District Court of Appeal of Florida, Third District.
June 23, 2010.
Rehearing and Rehearing En Banc Denied August 11, 2010.
*789 Vera Gilford, in proper person.
Lidsky, Vaccaro, Montes & Martinez and Daniel Martinez, Hialeah, for appellee.
Before GERSTEN, WELLS, and SALTER, JJ.
PER CURIAM.
Affirmed. See Volusia County v. Aberdeen at Ormond Beach, L.P., 760 So.2d 126, 130 (Fla.2000).